IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Cincinnati Specialty Underwriters Insurance Company. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Harms Grain Equipment, Inc., et al. )<br>Defendants. ) | Case No: 3:18 CV 50053<br><br>Judge: Iain D. Johnston |

# REPORT AND RECOMMENDATION

In light of the substitution of defendant Ricardo Hernandez for defendant Harms Grain [35], it is this Court's Report and Recommendation that defendant Harms Grain be dismissed from this case. Any objection shall be filed by 3/18/2019. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 3/4/2019                                                /s/ Iain D. Johnston
                                                              U.S. Magistrate Judge