# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Cincinnati Specialty Underwriters Insurance Company, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No: 18 C 50053 |
| Ricardo Hernandez, *et al.*, | ) ) ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [36] from the magistrate judge that this court dismiss defendant Harms Grain from this case. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R. Defendant Harms Grain is terminated from this case.

Date: 3/20/2019

ENTER:

_____

FREDERICK J. KAPALA

District Judge